UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SOCIEDAD AEROPORTUARIA )
KUNTUR WASI S.A., )
  )
         Plaintiff, )
  ) Case No. 24cv1977 (RJL)
    v. )
  )
THE REPUBLIC OF PERU, )
  )
         Defendant. )

FILED
SEP 05 2024
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## ORDER

Upon consideration of the Motion for Issuance of a Letter Rogatory Pursuant to the Inter-American Convention on Letters Rogatory (the "Motion") by Plaintiff Sociedad Aeroportuaria Kuntur Wasi S.A. ("Plaintiff"), it is hereby:

**ORDERED** that Plaintiff's Motion is GRANTED; and it is further

**ORDERED** that the Clerk of Court shall affix the Court's signature and seal on pages 2 and 5 of the Inter-American Convention Request Form where indicated and as necessary, thereby allowing Plaintiff to serve Defendant the Republic of Peru under the method set forth by the Inter-American Convention on Letters Rogatory and the Additional Protocol to the Inter-American Convention on Letters Rogatory (together, the "IACAP"); and it is further

**ORDERED** that the original signed Inter-American Convention Request Form be returned to counsel for Plaintiff for transmittal to ABC Legal, a private contractor hired

by the U.S. Department of Justice, Office of International Judicial Assistance (the U.S. Central Authority under the IACAP), to carry out its service functions under the IACAP.

**SO ORDERED.**

Dated: 9/4/24

_____
Hon. Richard J. Leon
United States District Judge