**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SOCIEDAD AEROPORTUARIA KUNTUR WASI S.A., <br><br>        *Plaintiff,* <br><br>   v. <br><br> THE REPUBLIC OF PERU <br><br>        *Defendant.* | **Case No. 1:24-cv-1977 (RJL)** |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**
**AND CONFIRMATION OF ARBITRATION AWARD**

Under Rule 55(b) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1608(e), Plaintiff Sociedad Aeroportuaria Kuntur Wasi S.A. requests that the Court enter a default judgment against Defendant the Republic of Peru. Plaintiff further requests that the Court confirm the arbitral award rendered against Defendant in Plaintiff's favor on May 9, 2024 in ICSID Case No. ARB/18/27. As set forth in Plaintiff's accompanying memorandum of points and authorities in support of this motion, the Court has subject-matter jurisdiction over this action and personal jurisdiction over Defendant pursuant to the Foreign Sovereign Immunities Act, and Plaintiff is entitled to relief on the merits. Upon consideration of the default of Defendant having been filed upon the record in this case, Plaintiff hereby moves this Court to enter default judgment against Defendant and requests an order:

1. Recognizing and enforcing the arbitral award rendered in Plaintiff's favor on May 9, 2024 in ICSID Case No. ARB/18/27 (the "ICSID Award"), pursuant to 22 U.S.C. § 1650a and Article 54 of the Convention on the Settlement of Investment Disputes between States and Nationals of Other States;

2. Entering default judgment against Defendant and in favor of Plaintiff in the amount of US$91,205,056, plus prejudgment interest from February 28, 2024 to the date of

judgment, to be calculated in accordance with paragraphs 57(b) and 58 of the ICSID Award;

3.      Awarding Plaintiff post-judgment interest until the date of full payment of the ICSID Award at the statutory rate pursuant to 28 U.S.C. § 1961; and

4.      Granting such other and further relief as the Court deems just and proper.


Date:  April 25, 2025
New York, New York                    Respectfully submitted,


            /s/ Thomas C.C. Childs
Thomas C.C. Childs (D.C. Bar No. NY0449)
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
Telephone:    (212) 556-2167
Facsimile:    (212) 556-2222
Email: tchilds@kslaw.com

*Attorneys for Plaintiff Sociedad Aeroportuaria Kuntur Wasi S.A.*

2