**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| SOCIEDAD AEROPORTUARIA KUNTUR WASI S.A., <br><br> *Plaintiff*, <br><br> v. <br><br> THE REPUBLIC OF PERU <br><br> *Defendant*. | **Case No. 1:24-cv-1977 (RJL)** |

**DECLARATION OF THOMAS C.C. CHILDS IN SUPPORT OF
PLAINTIFF SOCIEDAD AEROPORTUARIA KUNTUR WASI S.A.'S MOTION FOR
DEFAULT JUDGMENT AND CONFIRMATION OF ARBITRATION AWARD**

Pursuant to 28 U.S.C. § 1746, I, Thomas C.C. Childs, hereby declare as follows:

1.      I am an attorney admitted to practice law in New York and admitted in this Court. I am counsel at the law firm King & Spalding LLP and represent Plaintiff Sociedad Aeroportuaria Kuntur Wasi S.A. ("Kuntur Wasi") in this matter. I respectfully submit this Declaration in support of Kuntur Wasi's Motion for Entry of Default Judgment and Confirmation of Arbitration Award in order to set forth certain facts known to me, and to place before the Court one exhibit attached hereto.

2.      The facts set forth herein are personally known to me, and, if called as a witness, I could and would testify competently thereto.

3.      On April 8, 2025, the Clerk of this Court entered default against Defendant the Republic of Peru ("Defendant"). ECF No. 13.

4.      Defendant has not at any time entered an appearance in this case. Defendant has not filed or served an answer or other responsive pleading in this case. Defendant has not sought

an extension of time to file an answer or other responsive pleading in this case. Defendant (a foreign State) is neither an infant nor incompetent.

5.      Kuntur Wasi seeks confirmation of the arbitral award rendered in its favor against Defendant on May 9, 2024 in ICSID Case No. ARB/18/27 (the "ICSID Award"), pursuant to 22 U.S.C. § 1650a and Article 54 of the Convention on the Settlement of Investment Disputes between States and Nationals of Other States.

6.      The ICSID Award ordered that Defendant pay Kuntur Wasi the amount of US$91,205,056, plus prejudgment interest from February 28, 2024 to the date of judgment, to be calculated in accordance with paragraphs 57(b) and 58 of the ICSID Award. ECF No. 1-1, ¶¶ 57(b), 58,

7.      Attached hereto as **Exhibit 1** is a true and correct copy of a May 9, 2024 letter signed by the Secretary-General of ICSID, Ms. Martina Polasek, certifying that the documents attached to Ms. Polasek's letter (*i.e.*, the unredacted versions of the ICSID Award which Kuntur Wasi filed in the record of this case as ECF No. 6) are true copies of the English and Spanish versions of the ICSID Award.

8.      To date, Defendant has taken no steps to satisfy the ICSID Award, which remains unpaid.

I swear under penalty of perjury that the foregoing is true and correct.

Executed on April 25, 2025, 2025
New York, NY

    */s/ Thomas C.C. Childs*
Thomas C.C. Childs (D.C. Bar No. NY0449)