**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SOCIEDAD AEROPORTUARIA KUNTUR
WASI S.A.,

*Plaintiff,*

v.

THE REPUBLIC OF PERU

*Defendant.*

**Case No. 1:24-cv-1977 (RJL)**

**[PROPOSED] DEFAULT JUDGMENT**

Upon consideration and review of Plaintiff Sociedad Aeroportuaria Kuntur Wasi S.A.'s ("Kuntur Wasi") Motion for Default Judgment and Confirmation of Arbitration Award, the papers submitted with Kuntur Wasi's Motion and the record in this case, and the default of Defendant the Republic of Peru having been filed upon the record in this case, the Court is satisfied that (1) it has subject-matter jurisdiction over this action and personal jurisdiction over Defendant, and (2) Kuntur Wasi has established its claim or right to relief by evidence satisfactory to the Court.

It is thus hereby:

**ORDERED** that Kuntur Wasi's Motion for Default Judgment and Confirmation of Arbitration Award is **GRANTED**;

**FURTHER ORDERED** that, pursuant to 22 U.S.C. § 1650a and Article 54 of the Convention on the Settlement of Investment Disputes between States and Nationals of Other States, the arbitral award rendered in Kuntur Wasi's favor on May 9, 2024 in ICSID Case No. ARB/18/27 (the "ICSID Award") is **CONFIRMED** and that the ICSID Award is entitled to full faith and credit in the same manner as a judgment of the Superior Court of the District of Columbia;

1

**FURTHER ORDERED** that the Clerk is hereby directed to enter default judgment against Defendant and in favor of Kuntur Wasi in the amount of US$ 91,205,056, plus prejudgment interest from February 28, 2024 to the date hereof, to be calculated in accordance with paragraphs 57(b) and 58 of the ICSID Award, which amount currently totals US$ _____;

**FURTHER ORDERED** that Defendant shall pay Kuntur Wasi post-judgment interest on this amount at the statutory rate pursuant to 28 U.S.C. § 1961 until the date of full payment of the judgment; and

**FURTHER ORDERED** that Kuntur Wasi shall serve a copy of this Default Judgment on Defendant at the address listed in Appendix 1 hereto and in accordance with the Inter-American Convention on Letters Rogatory and the Additional Protocol to the Inter-American Convention on Letters Rogatory.

SO ORDERED.


Dated: _____


_____
HONORABLE RICHARD J. LEON
United States District Judge

2

**<u>Appendix 1</u>**

Pursuant to Rule 7(k) of the Local Civil Rules of the United States District Court for the

District of Columbia, below are the names and addresses of all parties entitled to be notified of the

entry of this Default Judgment.

THE REPUBLIC OF PERU
Comisión Especial que representa al Estado en Controversias Internacionales de
Inversión
Ministerio de Economía y Finanzas
Jr. Junin No. 319
Cercado de Lima, Lima 1
Peru